Louis Gargano, Appellant, v. Wm. J. McNerney
and Wm. L. Stewart, Appellees.

Gen. No. 47,684.

First District, Second Division.

October 27, 1959.

Rehearing denied November 18, 1959.

Released for publication November 18, 1959.

Conner and Mayfield, for plaintiff-appellant; Jacobson and
Bluthardt, for defendants-appellees. Opinion by JUSTICE LEWE.
Not to be published in full.